UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
                                    :
United States of America,           :
                                    :
                                    :     93 CR 180 (KTD)
        -against-                   :
                                    :        ORDER
                                    :
Ramzi Yousef,                       :
                                    :
                    Respondent.     :
                                    :
------------------------------------X

KEVIN THOMAS DUFFY, U.S.D.J.:

       I appoint Bernard V. Kleinman, as counsel from the C.J.A. panel for this district, to represent Ramzi Yousef, the defendant in the captioned case.

SO ORDERED.

Dated:   New York, N.Y.
         April 8, 2010

                                          KEVIN THOMAS DUFFY, U.S.D.J.