MOTION UNDER 28 U.S.C. § 2255 TO VACATE, SET ASIDE, OR CORRECT

SENTENCE BY A PERSON IN FEDERAL CUSTODY

| United States District Court | District | Southern District of New York |
|---|---|---|
| Name (under which you were convicted): Ramzi Yousef | | Docket or Case No.: 93-cr-180 (KTD) |
| Place of Confinement: USP Administrative MAximum | | Prisoner No.: 03911-000 |
| UNITED STATES OF AMERICA | | Movant (include name under which you were convicted) |
| v.  RAMZI YOUSEF | | |

## MOTION

1. (a) Name and location of court that entered the judgment of conviction you are challenging: _____
   U.S. District Court, Southern District of New York

   (b) Criminal docket or case number (if you know): 93-cr-180

2. (a) Date of the judgment of conviction (if you know): _____
   08 January 1998

   (b) Date of sentencing: January 8, 1998

3. Length of sentence: Life

4. Nature of crime (all counts): _____
   18 USC secs. 32, 33, 371, 844, 924, 32A, 2332, 1546

5. (a) What was your plea? (Check one)

   (1) Not guilty ☒        (2) Guilty ☐        (3) Nolo contendere (no contest) ☐

   (b) If you entered a guilty plea to one count or indictment, and a not guilty plea to another count
   or indictment, what did you plead guilty to and what did you plead not guilty to? _____

6. If you went to trial, what kind of trial did you have? (Check one)    Jury ☒    Judge only ☐

7   Did you testify at a pretrial hearing, trial, or post-trial hearing?    Yes ☐    No ☒

8.  Did you appeal from the judgment of conviction?    Yes ☒    No ☐

9   If you did appeal, answer the following:

(a) Name of court: __Second Circuit Court of Appeals__

(b) Docket or case number (if you know): __98-1041(L)__

(c) Result: __Affirmed__

(d) Date of result (if you know): __April 4, 2003__

(e) Citation to the case (if you know): __327 F3d 56__

(f) Grounds raised: __Violation of Miranda; Improper Daubert;__
__Lack of Subject MAtter and In Personam Jurisdiction;__
__Denial of Severance Motion; Denail of Change of Venue;__
__Improper Voir Dire; Improper Sealing of District Court__
__Record; Violation of FRE 403, 404; Improper Jury Charge;__
__Senetance of Restitution improper; 18 USC 2332 Unconstitutional;__
__Failure of Trial to Recuse Himself; Use of Jailhouse Informant;__
__Violation of Right to Counsel__

(g) Did you file a petition for certiorari in the United States Supreme Court?    Yes ☒   No ☐

If "Yes," answer the following:

(1) Docket or case number (if you know): _____

(2) Result: __Cert. denied__

_____

(3) Date of result (if you know): __October 6, 2003__

(4) Citation to the case (if you know): _____

(5) Grounds raised: __Same as appeal__

_____

_____

_____

_____

_____

10  Other than the direct appeals listed above, have you previously filed any other motions,

petitions, or applications concerning this judgment of conviction in any court?

Yes ☐   No ☒

11. If your answer to Question 10 was "Yes," give the following information:

(a) (1) Name of court: _____

(2) Docket or case number (if you know): _____

(3) Date of filing (if you know): _____

(4) Nature of the proceeding: _____

(5) Grounds raised: _____

_____

_____

_____

_____

_____

_____

_____

(6) Did you receive a hearing where evidence was given on your motion, petition, or

application?    Yes ❏  No ❏

(7) Result: _____

(8) Date of result (if you know): _____

(b) If you filed any second motion, petition, or application, give the same information:

(1) Name of court: _____

(2) Docket or case number (if you know): _____

(3) Date of filing (if you know): _____

(4) Nature of the proceeding: _____

(5) Grounds raised: _____

_____

_____

_____

_____

_____

_____

_____

(6) Did you receive a hearing where evidence was given on your motion, petition, or

application?    Yes ❏   No ❏

(7) Result: _____

(8) Date of result (if you know): _____

(c) Did you appeal to a federal appellate court having jurisdiction over the action taken on your

motion, petition, or application?

(1)  First petition:       Yes ❏   No ❏

(2)  Second petition:    Yes ❏   No ❏

(d) If you did not appeal from the action on any motion, petition, or application, explain briefly why you did not: _____

_____

_____

12  For this motion, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

GROUND ONE: ___This petition for habeas corpus relief challenges the continued imposition of Special ADministrative Measures

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

against the Petitioner, pursuant to 28 CFR 501.3.

See attached Declaration of Petitioner and Memorandum of Law

Petitioner sets forth herein and incorporates as his

Declaration his administrative remedy filings with the

Bureau of Prisons. See Exhibit B to Memorandum of Law

_____

_____

_____

_____

_____

_____

(b) Direct Appeal of Ground One:

    (1) If you appealed from the judgment of conviction, did you raise this issue?

        Yes ☐   No ☒

    (2) If you did not raise this issue in your direct appeal, explain why: _____

    Not an issue for direct appeal review.

_____

(c) Post-Conviction Proceedings:

    (1) Did you raise this issue in any post-conviction motion, petition, or application?

        Yes ☒   No ☐

    (2) If your answer to Question (c)(1) is "Yes," state:

Type of motion or petition: ___Petitioner has challenged this action

Name and location of the court where the motion or petition was filed: _____

of the US Government under BOP ADministative Procedures and has exhausted his administrative remedies. See attached Declaration and exhibits.

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(3) Did you receive a hearing on your motion, petition, or application?

    Yes ❑   No ❑

(4) Did you appeal from the denial of your motion, petition, or application?

    Yes ❑   No ❑

(5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?

    Yes ❑   No ❑

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: _____

_____

_____

_____

_____

_____

GROUND TWO: _____ Petitioner challenged his conditions of _____ confinement as implemented under the SAMs _____

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim ):

    See discussion as it relates to Ground One. _____

_____

_____

_____

_____

_____

_____

_____

(b) **Direct Appeal of Ground Two:**

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ❑    No ❑

(2) If you did not raise this issue in your direct appeal, explain why: _____

_____

_____

(c) **Post-Conviction Proceedings:**

(1) Did you raise this issue in any post-conviction motion, petition, or application?

Yes ❑    No ❑

(2) If your answer to Question (c)(1) is "Yes," state:

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(3) Did you receive a hearing on your motion, petition, or application?

Yes ❑    No ❑

(4) Did you appeal from the denial of your motion, petition, or application?

Yes ❑    No ❑

(5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?

Yes ❑    No ❑

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available):_____

_____

_____

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: _____

_____

_____

_____

_____


GROUND THREE: _____

_____

(a)  Supporting facts (Do not argue or cite law  Just state the specific facts that support your claim ):

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____


(b) Direct Appeal of Ground Three:

  (1) If you appealed from the judgment of conviction, did you raise this issue?

    Yes ❑    No ❑

  (2) If you did not raise this issue in your direct appeal, explain why: _____

_____

_____


(c) Post-Conviction Proceedings:

  (1) Did you raise this issue in any post-conviction motion, petition, or application?

    Yes ❑    No ❑

  (2) If your answer to Question (c)(1) is "Yes," state:

  Type of motion or petition: _____

  Name and location of the court where the motion or petition was filed: _____

_____

  Docket or case number (if you know): _____

  Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(3) Did you receive a hearing on your motion, petition, or application?

    Yes ❑   No ❑

(4) Did you appeal from the denial of your motion, petition, or application?

    Yes ❑   No ❑

(5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?

    Yes ❑   No ❑

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: _____

_____

_____

_____

_____

GROUND FOUR: _____

_____

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim):

_____

_____

_____

_____

_____

_____

_____

_____

_____

(b) **Direct Appeal of Ground Four:**

    (1) If you appealed from the judgment of conviction, did you raise this issue?

        Yes ❏  No ❏

    (2) If you did not raise this issue in your direct appeal, explain why: _____

_____

_____

(c) **Post-Conviction Proceedings:**

    (1) Did you raise this issue in any post-conviction motion, petition, or application?

        Yes ❏  No ❏

    (2) If your answer to Question (c)(1) is "Yes," state:

    Type of motion or petition: _____

    Name and location of the court where the motion or petition was filed: _____

_____

    Docket or case number (if you know): _____

    Date of the court's decision: _____

    Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

    (3) Did you receive a hearing on your motion, petition, or application?

        Yes ❏  No ❏

    (4) Did you appeal from the denial of your motion, petition, or application?

        Yes ❏  No ❏

    (5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?

        Yes ❏  No ❏

    (6) If your answer to Question (c)(4) is "Yes," state:

    Name and location of the court where the appeal was filed: _____

_____

_____

    Docket or case number (if you know): _____

    Date of the court's decision: _____

    Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: _____

_____

_____

_____

_____

13  Is there any ground in this motion that you have <u>not</u> previously presented in some federal court? If so, which ground or grounds have not been presented, and state your reasons for not presenting them: _____

_____

_____

_____

_____

_____

_____

14  Do you have any motion, petition, or appeal <u>now pending</u> (filed and not decided yet) in any court for the judgment you are challenging?      Yes ❑   No ❑

If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised _____

_____

_____

_____

_____

_____

15  Give the name and address, if known, of each attorney who represented you in the following stages of the judgment you are challenging:

(a) At preliminary hearing: _____

_____

(b) At arraignment and plea: _____

_____

(c) At trial: _____

_____

(d) At sentencing: _____

_____

(e) On appeal: _____

_____

(f) In any post-conviction proceeding: _____

_____

(g) On appeal from any ruling against you in a post-conviction proceeding: _____

_____

16  Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at the same time?      Yes ⊠ No ☐

17  Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging?      Yes ⊠ No ☐

(a)  If so, give name and location of court that imposed the other sentence you will serve in the future: _____  Sentenced to Life plus 240 years. _____

_____

(b) Give the date the other sentence was imposed:      Jan. 8, 1998

(c) Give the length of the other sentence:      240 years

(d) Have you filed, or do you plan to file, any motion, petition, or application that challenges the judgment or sentence to be served in the future?   Yes ☐   No ⊠

18 TIMELINESS OF MOTION: If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitations as contained in 28 U S C. § 2255 does not bar your motion *

This petition is timely as the US Government has renewed the Special Administrative Measures annually, since the first date of my incarceration. The most recent SAMs were issued in November 2010.

---

* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U S C § 2255, paragraph 6, provides in part that:

A one-year period of limitation shall apply to a motion under this section. The limitation period shall run from the latest of —

(1) the date on which the judgment of conviction became final;

(2) the date on which the impediment to making a motion created by governmental action in violation of the Constitution or laws of the United States is removed, if the movant was prevented from making such a motion by such governmental action;

(3) the date on which the right asserted was initially recognized by the Supreme Court, if that right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or

(4) the date on which the facts supporting the claim or claims presented could have been discovered through the exercise of due diligence

Therefore, movant asks that the Court grant the following relief: _____

An order directing the Justice Department to void the _____

existing SAMs.

or any other relief to which movant may be entitled

_____
Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct

and that this Motion under 28 U S C § 2255 was placed in the prison mailing system on _____

_____ (month, date, year)

Executed (signed) on _____ (date)

_Ramzi Yousf_
Signature of Movant

If the person signing is not movant, state relationship to movant and explain why movant is not

signing this motion _____

_____

_____


_ IN FORMA PAUPERIS DECLARATION

_____

[Insert appropriate court]

* * * * *