UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

===================================== :

UNITED STATES OF AMERICA,             :

            Plaintiff,              :

                                :

      — versus —                         :      93-cr-0180 (KTD)

                                :

RAMZI YOUSEF,                          :     NOTICE OF APPEAL

            Defendant.             :

===================================== :

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2 2 SEP 2011

Notice is hereby given that RAMZI YOUSEF hereby appeals to the United States Court of Appeals for the Second Circuit from the decision and judgment of this Court, ,

Entered in this action on the 28th of July 2011.

Dated :  Sept. 21, 2011
        White Plains, NY

Bernard V. Kleinman, Esq. (BK2715)
Attorney for Defendant YOUSEF
Law Office of Bernard V. Kleinman, PLLC
2 Gannett Drive, Suite 418
White Plains, NY 10604
Tel. 914.644.6660
Fax: 914.694.1647
Email: attrnylwyr@yahoo.com

To: David Raskin, Esq.
    Attorney for Plaintiff
    Asst. U.S. Attorney, SDNY
    1 St. Andrew's Plaza
    New York, NY 10007