UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------X
                                        :
UNITED STATES OF AMERICA,               :
                                        :
                                        :      93-cr-00180 (KTD)
             -against-                  :
                                        :      MEMORANDUM & ORDER
RAMZI YOUSEF,                           :
                                        :
             Respondent.                :
                                        :
----------------------------------------X

KEVIN THOMAS DUFFY, U.S.D.J.:

On September 2, 2011, Petitioner Ramzi Yousef ("Petitioner") moved for reconsideration pursuant to Federal Rule of Civil Procedure 60(b) of this Court's July 22, 2011 Order denying his petition for habeas corpus.  For the following reasons, the motion is DENIED.

The fact that a party disagrees with a court's decision is not a basis for reconsideration, see, e.g., R.F.M.A.S., Inc. v. So, 640 F. Supp. 2d 506, 512-13 (S.D.N.Y. 2009); to justify reconsideration, a party must show "an intervening change of controlling law, the availability of new evidence, or the need to correct a clear error or prevent manifest injustice." Virgin Atl. Airways, Ltd. v. Nat'l Mediation Bd., 956 F.2d 1245, 1255 (2d Cir. 1992).  In turn, Petitioner has failed to show that there were any issues of fact or law that the Court overlooked. The case law cited by Petitioner in his motion does not alter

this Court's conclusion that Petitioner's habeas petition challenges the conditions of his confinement, and thus, the only proper jurisdiction lies in the district of his confinement.

Second, Petitioner's motion is untimely under Southern District of New York Local Rule 6.3, which provides that a motion for reconsideration must be served within fourteen days after entry of the challenged order. Petitioner's failure to move for reconsideration within this time period "is by itself a sufficient basis for denial of the motion." Grand River Enters. Six Nations, Ltd. v. King, 02 Civ. 5068, 2009 U.S. Dist. LEXIS 52600, at *52 (S.D.N.Y. June 16, 2009). While a court may treat a motion for reconsideration filed outside of Local Rule 6.3's fourteen day period as a motion made pursuant to Rule 60(b), id. at *53 n.1, Petitioner has not presented any grounds to justify reconsideration.

For the foregoing reasons, Petitioner's motion for reconsideration is DENIED.

SO ORDERED.

Dated:   New York, N.Y.
         September 19, 2011

KEVIN THOMAS DUFFY, U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9-20-11